UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:13CR00506 ERW |
| RONALD L. ROBERTS, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of the United States Magistrate Judge Thomas C. Mummert, III [ECF No. 57], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation, and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Magistrate's decision denying the Motion to Suppress [ECF No. 46] is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Suppress [ECF No. 46] is **DENIED**.

Dated this  15th  Day of May, 2014.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE